# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| BRITTANY BLAKE, D.C.; MORGAN LOFTUS (f/k/a MORGAN MARSH); RAQUEL OSTERBAUER; PATRICIA ASMAN; TAMARA RYAN; CYNTHIA TARANTO; and KERI WILLIAMS,<br>*Plaintiffs*<br>v.<br>NCMIC INSURANCE COMPANY and NCMIC INSURANCE SERVICES, INC.,<br>*Defendants* | )<br>)<br>)<br>)  Civil Action No. 3:17-cv-00193-JMK<br>) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED:

THAT the claims of Plaintiffs Brittany Blake, D.C., Raquel Osterbauer, Morgan Loftus, and Tamara Ryan are DISMISSED WITH PREJUDICE.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

                     **Brian D. Karth**

Date: October 18, 2023                      Brian D. Karth
                                     Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*